UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL LOTZ,

        Plaintiff,

v.

DR. ELDERKIN, et al.,

        Defendants.

PRISONER
3:13-CV-00813 (CSH)

**ORDER**

Michael Lotz, the Plaintiff in this matter, is currently confined at the Bridgeport Correctional Center in Bridgeport, Connecticut.  He commenced this civil rights action *pro se* pursuant to 42 U.S.C. § 1983.  *See* [Doc. 1] at 1.  On June 14, 2013, this Court issued an Initial Review Order directing the Clerk to serve the Complaint on defendants Drs. Elderkin and O'Halloran in their individual capacities.[1]  [Doc. 5] at 1, 4-5.  While on June 24, 2013, a request for waiver of service was sent to both Dr. Elderkin and Dr. O'Halloran, it is unclear whether either Defendant was in fact served with the Complaint, as neither Defendant has yet returned a waiver of service of the summons forms.

On or before Thursday, September 19, 2013, the Clerk is directed to make arrangements for in-person service by the U.S. Marshal's Service of the Complaint, Initial Review Order and this Order on Defendants Dr. Elderkin and Dr. O'Halloran in their individual capacities.  The United States Marshal Service shall personally serve Defendants Dr. Elderkin and Dr.

---

[1] As stated in this Court's Initial Review Order, because Plaintiff seeks only damages against individual Defendants, "the Court assumes that [Plaintiff] names these Defendants only in their individual capacities." [Doc. 5] at 1.

O'Halloran in their individual capacities and file a return of service on or before Thursday, October 10, 2013.

      The foregoing is SO ORDERED.

Dated: New Haven, Connecticut
       September 9, 2013

                                      /s/ *Charles S. Haight, Jr.*
                                      Charles S. Haight, Jr.
                                      Senior United States District Judge